IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SALINA R., | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:18-cv-1661-M-BN |
| ANDREW SAUL, Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 6, 2020, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**AND IT IS FURTHER ORDERED** that the Court GRANTS Plaintiff Salina R.'s counsel Michael T. Kelly's Motion for Award of Attorney Fees under 406(b) of the Social Security Act [Dkt. No. 28] and awards Mr. Kelly $11,845.00 in attorneys' fees to be certified for payment out of Plaintiff Salina R.'s past-due benefits under 42 U.S.C. § 406(b).

**SO ORDERED** this 26 day of October, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

-7-